**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-05431-FLA-AJR

Date: October 27, 2026
Page 1 of 3

Title: Parris Murray v. Ry Rodriguez, et al.

---

DOCKET ENTRY: **ORDER TO SHOW CAUSE RE IMPOSITION OF MONETARY SANCTIONS ON DEFENDANTS FOR FAILURE TO COMPLY WITH COURT ORDERS**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Nicholas Huynh | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On July 17, 2026, Plaintiff filed a letter stating that he had not received Defendants' discovery responses. (Dkt. 40.) On August 3, 2026, the Court issued an Order directing, among other things, Defendants to respond within fourteen (14) days to Plaintiff's assertion that he had not received their discovery responses. (Dkt. 41.) Defendants failed to file a response as directed.

On August 28, 2026, Plaintiff filed a Status Report stating that he still had not received Defendants' discovery responses and requesting an extension of the discovery cutoff. (Dkt. 42.) Therefore, on September 29, 2026, the Court issued an Order Directing Defendants to Re-Serve Discovery and Modifying Deadlines. (Dkt. 43.) Specifically, the Court directed Defendants to re-serve all discovery responses and document productions

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**



on Plaintiff and file a proof of service, together with a list identifying all discovery responses served and a description of all documents, including electronically stored information, produced. (Id. at 2.) The Court ordered Defendants to comply by October 13, 2026, and expressly warned that failure to meet this deadline would result in the imposition of monetary sanctions. (Id.)

As of the date of this Order, Defendants have not filed the required proof of service, list of discovery responses, or description of documents produced. Thus, **Defendants have failed to comply with two Court-ordered deadlines: August 17, 2026, and October 13, 2026.** Despite the Court's express warning that failure to comply with the September 29, 2026 Order would result in monetary sanctions, Defendants have neither complied with the Order nor provided any explanation for their noncompliance.

Accordingly, Defendants and their counsel are ORDERED TO SHOW CAUSE, in writing, on or before **November 10, 2026**, why monetary sanctions should not be imposed for their failure to comply with the Court's August 3, 2026 and September 29, 2026 Orders. The response must explain the reasons for Defendants' noncompliance with both Orders, identify any circumstances that prevented timely compliance, and address why monetary sanctions should not be imposed against Defendants and/or their counsel.

Defendants are further ORDERED to comply with the September 29, 2026 Order no later than **November 10, 2026**, by:

1. Re-serving all discovery responses and document productions on Plaintiff, to the extent they have not already been re-served;

2. Filing a proof of service identifying the discovery responses and document productions served on Plaintiff; and

3. Filing a list of all discovery responses served and a description of all documents, including electronically stored information, produced, as previously directed.

If Defendants contend that they have already complied with the September 29, 2026 Order, they must provide documentation establishing the dates and manner of

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-05431-FLA-AJR Date: October 27, 2026


Title: Parris Murray v. Ry Rodriguez, et al.

---

compliance.

Defendants are expressly warned that failure to timely respond to this Order to Show Cause or comply with the Court's discovery directives may result in the imposition of monetary sanctions and/or other appropriate sanctions.

The Court will determine whether monetary sanctions are warranted after reviewing Defendants' response. The Discovery Cut-off of December 26, 2026, and dispositive-motion deadline of March 1, 2027, remain unchanged.

IT IS SO ORDERED.

[CC by Email: christian.bojorquez@lacity.org]